E-Filed: 07.12.11
JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS WRIGHT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Corporation; HSBC BANK, USA, NA, as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust ane for registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE4, Asset Backed Pass-Through Certificates; a business entity, form and jurisdiction unknown; All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's tutle thereto; and DOES 1-25 inclusive;<br><br>Defendants. | CASE NO. CV 10-01014 MMM(OPx)<br><br>JUDGMENT FOR DEFENDANTS |

On July 12, 2011, the court granted defendants Ocwen Loan Servicing, LLC and HSBC Bank, NA's motion to dismiss plaintiff's second amended complaint with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Kris Wright take nothing by way of his complaint; and

1         2. That the action be, and it hereby is, dismissed.

3 DATED: July 12, 2011          _/s/ Margaret M. Morrow_
                                    MARGARET M. MORROW
                                UNITED STATES DISTRICT JUDGE